Emanuel ST. ETIENNE, Petitioner-Appellant,

v.

UNITED STATES of America, Respondent-Appellee.

No. 73-2957
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Dec. 14, 1973.

Emanuel St. Etienne, pro se.

Gerald J. Gallinghouse, U. S. Atty., May Williams Cazalas, Asst. U. S. Atty., New Orleans, La., for respondent-appellee.

Before JOHN R. BROWN, Chief Judge, and DYER and SIMPSON, Circuit Judges.

PER CURIAM.

We vacate the district court's order summarily denying St. Etienne's motion to vacate sentence filed pursuant to 28 U.S.C.A. § 2255, and remand the cause with instructions to resentence the appellant in conformity with our opinion in Caille v. United States, 5 Cir. 1973, 487 F.2d 614.

Vacated and Remanded.